UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PAUL LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 2:10-cv-200-JMS-TAB |
| KIM GRAY, et al., | ) ) ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's renewed motion for the appointment of counsel [36] is **denied in part and granted in part**. The motion is denied for the same reasons given in the Entry of February 10, 2011, and is granted to the extent that if the case goes to trial, the court will attempt to recruit counsel to assist the plaintiff at that stage of the litigation.

2. The plaintiff's motion to proceed *in forma pauperis* [37] is **denied as unnecessary.** The plaintiff has been granted *in forma pauperis* status as far as the filing fee is concerned in this case. In addition, the court acknowledges the plaintiff's indigency and that he asserts that he does not have the means to hire private counsel.

3. The requests for production of documents to non-parties [38, 39, 40] do not demonstrate compliance with Rule 34(c) of the *Federal Rules of Civil Procedure* and therefore are of **no effect**.

**IT IS SO ORDERED.**

Date: 05/12/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

James F. Bleeke
BLEEKE DILLON CRANDALL PC
jim@bleekedilloncrandall.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL PC
jeb@bleekedilloncrandall.com

Christopher D. Simpkins
BLEEKE DILLON CRANDALL PC
chris@bleekedilloncrandall.com

Paul Lewis
DOC #873084
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838-1111