UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PAUL LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:10-cv-200-JMS-WGH |
| | ) | |
| KIM GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

  The plaintiff's motion to give order [98] requests that the court order that he be moved from administrative segregation to the general population. He believes he is being held in administrative segregation because he filed this lawsuit. It appears that through this motion the plaintiff is attempting to assert a new due process claim in this action. *See Marion v. Radtke*, 641 F.3d 874, 875-76 (7th Cir. 2011). Such a claim has no factual or legal connection to the remaining claim and does not belong in this case. Accordingly, his motion to give order [98] is **denied.**

  **IT IS SO ORDERED.**

Date: 05/11/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Paul Lewis
DOC #873084
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838

All electronically registered counsel